UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| BOBBY TATE BOWMAN, | ) | |
| Plaintiff, | ) ) ) | No. 6:12-CV-190-GFVT-HAI |
| v. | ) ) ) | ORDER |
| WYETH, LLC, et al., | ) ) | |
| Defendants. | ) ) ) | |

*** *** *** ***

The District Court referred this matter to the undersigned to supervise discovery and pretrial proceedings, to conduct all pretrial and status conferences, and to rule on non-dispositive motions. D.E. 107. Accordingly, the Court **ORDERS** that a telephonic conference, for counsel only, is scheduled for **Friday, February 19, 2016**, commencing at **11:00 a.m.** to discuss the schedule, discovery progress, potential settlement options, and any pretrial concerns raised by the respective parties. To join the teleconference, the parties are **DIRECTED** to call AT&T Teleconferencing at ▇▇▇▇▇▇▇, to enter Access Code ▇▇▇▇▇▇ (followed by "#"), and, when requested, enter the Security Code ▇▇▇▇ (followed by "#").

The Clerk is **DIRECTED** to make the unredacted Order accessible to counsel of record electronically, as a restricted document accessible only by case participants, and docket **ONLY** the redacted Order.

This the 2nd day of November, 2015.



Signed By:
Hanly A. Ingram
United States Magistrate Judge